[No. 30104-4-III.   Division Three.   June 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM A. PAGE, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 08-1-00047-8, Allen Nielson, J., entered July 15, 2011. *Reversed* and *remanded* by unpublished opinion per Kulik, J., concurred in by Sweeney, J.; Siddoway, A.C.J., dissenting.

[No. 66078-1-I.   Division One.   June 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB CHUNG LIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-01584-4, Michael J. Fox, J., entered September 8, 2010. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 66169-8-I.   Division One.   June 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN TODD RAINEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05208-1, Jim Rogers, J., entered October 25, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 67493-5-I.   Division One.   June 18, 2012.]

*In the Matter of the Dependency of* J.M.W.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. JAVONNA WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-7-00734-9, Patricia H. Clark, J., entered July 6, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Appelwick, JJ.